169 A.3d 971

GARY ANDRESS AND MARGARET ANDRESS, HIS WIFE, PLAIN-
TIFFS-RESPONDENTS, v. CHRISTOPHER BUCKMAN AND
REPP, LLC, DEFENDANTS, AND HANOVER INSURANCE CO.
AND FARM FAMILY CASUALTY INSURANCE CO., DEFEN-
DANTS-PETITIONERS.

June 2, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

Hanover Insurance Co. (C–865) and Farm Family Casualty
Insurance Co. (C–866) having filed petitions for certification of the
judgment in A–000334–15 to this Court, and the Court having
considered the same;

It is ORDERED that the petitions for certification are denied,
with costs.